# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LESTER KRUPP, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ST. LOUIS JUSTICE )<br>CENTER, et al., )<br>)<br>Defendants. ) | No. 4:07CV883 JCH |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's response to the Court's order to show cause why this case should not be dismissed for plaintiff's failure to timely pay the initial partial filing fee. The Court will construe plaintiff's response as a motion for extension to pay the initial fee, and the Court will grant the motion.

Under 28 U.S.C. § 1915, plaintiff is responsible for paying the initial partial filing fee. 28 U.S.C. § 1915(a). Once the initial partial filing fee is paid, the Court will notify the institution in which plaintiff is detained that it shall deduct monthly payments from plaintiff's account until the full amount of the filing fee has been paid. 28 U.S.C. § 1915(b).

Plaintiff shall pay the initial partial filing fee of $26.67 no later than October 26, 2007.

Accordingly,

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time to pay the initial partial filing fee is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the initial partial filing fee of $26.67 no later than **October 26, 2007.**

Dated this 18th Day of October, 2007.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE