UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER J. KRUPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-883 (JCH) |
| ) | |
| CITY OF ST. LOUIS JUSTICE CENTER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The matter is before the Court on Plaintiff's submission of subpoenas (Doc. No. 91), filed November 6, 2007. Defendants have not responded to this filing. Plaintiff wants the Court to issue deposition subpoenas to Defendants Nurse Jones, Eric Ward, Raymond Brown, and Dr. Susan Singer. The Court will issue these subpoenas because Plaintiff has the right to depose these parties without leave of the Court. See Fed. R. Civ. P. 30(a)(1). The Court, however, will not issue a subpoena for Jerome Fields, who appears to be in a prison, because Plaintiff has not shown that such a deposition is necessary. See Fed. R. Civ. P. 30(a)(2) (stating that no deposition of a prisoner can occur without leave of the Court).

As such, the Court will return the signed subpoenas to Plaintiff, who is responsible for serving them in a manner consistent with Fed. R. Civ. P. 45(b). Finally, Plaintiff is responsible for all the costs associated with these depositions.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall sign the subpoenas for **Nurse Jones, Eric Ward, Raymond Brown, and Dr. Susan Singer** and shall return them to Plaintiff.

- 1 -


Dated this 13th day of November, 2007.

                                /s/ Jean C. Hamilton
                                UNITED STATES DISTRICT JUDGE