UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER J. KRUPP, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07-CV-883 (JCH) |
| ST. LOUIS JUSTICE CENTER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The matter is before the Court on three discovery motions filed by Plaintiff. In these motions, Plaintiff asks the Court to compel Defendants Susan Singer, Eric Ward, and Raymond Brown to answer his discovery. (Mot. to Compel, Doc. No. 92). Additionally, Plaintiff asks that the Court to enter sanctions against Defendants Susan Singer, Eric Ward, and Raymond Brown for failing to answer his discovery. (Mots. for Sanctions, Doc. No. 85, 88). In response, Defendant Susan Singer has filed a motion asking for more time to respond to discovery. (Mot. for Leave, Doc. No. 93).

Upon consideration, the Court will grant Defendant Susan Singer's motion. As such, the motion to compel and the motion for sanctions as they relate to her are denied. The Court, however, will order Defendants Eric Ward and Raymond Brown to show cause Plaintiff's Motion for Sanctions and Motion to Compel should not be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Susan Singer's Motion for Leave (Doc. No. 93) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions (Doc. No. 88) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (Doc. No. 92) is **DENIED** in part.

**IT IS FURTHER ORDERED** that Defendants Eric Ward and Raymond Brown shall show cause no later than **Monday, November 26, 2007** why this Court should not grant Plaintiff's Motion to Compel (Doc. No. 92) and Plaintiff's Motion for Sanctions (Doc. No. 85).

Dated this 15th day of November, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE