UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER KRUPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-883 (JCH) |
| ) | |
| CITY OF ST. LOUIS JUSTICE CENTER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The matter is before the Court on the Court's review of the record. On October 29, 2007, the Court ordered Plaintiff to show cause no later than November 30, 2007 why his claims against Defendant Unknown Brock ("Brock") should not be dismissed for lack of timely service. (Doc. No. 82). Plaintiff has neither filed a proof of service nor provided an acceptable justification for the lack of service on Brock. As such, Plaintiff's claims against Brock are dismissed.

On December 3, 2007, Plaintiff filed his "Motion For Answer to Amended Complaint[:] Answers to Answers of Raymond Brown and Eric Ward." (Doc. No. 124). In this motion, Plaintiff asks for leave to file a response to Defendant Raymond Brown's Answer (Doc. No. 111) and Defendant Eric Ward's Answer (Doc. No. 112). The motion also attempts to allege new claims. The Court will not allow Plaintiff to file a response to the Answers, as such a motion is not contemplated by the Federal Rules of Civil Procedure. The Court will grant Plaintiff leave to amend his complaint. Plaintiff is warned, however, that any amended complaint filed must comply with the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Unknown Brock are **DISMISSED** without prejudice for lack of timely service.

**IT IS FURTHER ORDERED** that Plantiff's Motion for Answer (Doc. No. 124) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint no later than **Wednesday, January 2, 2007**.

Dated this 4th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE