UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER KRUPP, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV883 (JCH) |
| ) | |
| CITY OF ST. LOUIS JUSTICE ) | |
| CENTER et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The matter is before the Court on multiple motions. On December 5, 2007, Plaintiff filed his "Motion for Court to Resign Subpoenas for Deposition." (Doc. No. 127). Upon consideration, the Court will grant this motion. It will order the Clerk of the Court to sign and return the subpoenas attached to the motion.

Plaintiff has also filed a motion attempting to enter his medical records into evidence. (Doc. No. 128). Upon consideration, the Court will strike this filing because Plaintiff previously has been warned not to file discovery with the Court. Moreover, this filing serves no purpose other than to further clutter an already convoluted docket. If this motion is Plaintiff's attempt to respond to Defendants' Motion to Dismiss (Doc. No. 126), the Court cannot consider it because it does not comply with E.D.Mo. L.R. 4.01.[1]

Finally, Plaintiff has filed another "Motion to Appoint Counsel." (Doc. No. 130). The Court will strike this motion because it has previously denied this requested and has ordered Plaintiff to stop filing repetitive motions. (Doc. No. 110).

---

[1]The Court notes that this order does not bar Plaintiff from filing evidence with a properly filed motion or response to a motion.

- 1 -

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Court to Resign Subpoenas for Deposition (Doc. No. 127) is **GRANTED** and the Clerk of the Court is ordered to sign and return the subpoenas attached to the motion.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Declare Medical Records as Evidence (Doc. No. 128) and Plaintiff's Motion to Appoint Counsel (Doc. No. 130) are **STRUCK** from the record.

Dated this 10th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE